**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER |
| | CHAPTER 13 |
| KAREN M. STEVENS | |
| DEBTOR. | CASE NO. 12-60118 |
| | |
| HARLEY-DAVIDSON CREDIT CORP. | MOTION FOR RELIEF FROM |
| | AUTOMATIC STAY AND FOR |
| | CO-DEBTOR RELIEF |
| MOVANT, | |

v.

KAREN M. STEVENS, Debtor
STUART C. BERGER, Co-Borrower

RESPONDENTS.

**ORDER**

This matter comes before the Court upon the Motion for Relief from Automatic Stay and for Co-Debtor Relief filed by creditor Harley-Davidson Credit Corporation ("Creditor"). No objection or other response to the motion having been filed, and the Court being duly advised in the premises and upon the pleadings filed herein, IT IS ORDERED that Creditor's motion is GRANTED and Creditor is granted relief from the automatic stay imposed by 11 U.S.C. §§ 362 and 1301 to exercise its right to the following property: 2005 Harley Davidson FLSTCI, VIN 1HD1BWB115Y060206

**IT IS FURTHER ORDERED** that the stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: August 31, 2012

                 /s/ Laura K Grandy
              UNITED STATES BANKRUPTCY JUDGE